Law Offices of
GEORGE C. BOISSEAU, CSBN 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Telephone: (707) 578-5636
Fax: (707) 578-1141

Attorneys for Defendant
MARIO REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-18-00119-RS-07 |
| Plaintiff, ) | ORDER EXONERATING BOND |
| v. ) | |
| MARIO REYES, ) | |
| Defendant. ) | |

   GOOD CAUSE APPEARING, the defendant, MARIO REYES, having surrendered to the designated institution at the date and time ordered by this Court upon sentencing, it is hereby ordered that the appearance bond in this case be exonerated.

   SO ORDERED.

   Dated: May 23, 2024

*[signature]*
HON. RICHARD SEEBORG
United States District Judge

Approved as of Form and Substance:

 /s/ *Richard Ewenstein*
Richard Ewenstein
Assistant United States Attorney