AO 243 (Rev. 09/17)

# MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District |
|---|---|
| Name (under which you were convicted): Jonathan Aguilar | Docket or Case No.: DCAN318CR00119-001 |
| Place of Confinement: FCI Victorville-1 | Prisoner No.: 2483-11-11 |
| UNITED STATES OF AMERICA | Movant (include name under which convicted) |
| v. Jonathan Aguilar | |

## MOTION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:
   United States District Court Northern District of California Venue - San Francisco

   (b) Criminal docket or case number (if you know): CR-18-00119-001RS

2. (a) Date of the judgment of conviction (if you know): 03/26/2024
   (b) Date of sentencing: 03/26/2024

3. Length of sentence: 360 months

4. Nature of crime (all counts):
   1 - 18 U.S.C. 1962 d
   2 - 18 U.S.C. 1959 (a) 5
   3 - 18 U.S.C. 1959 (a) 6
   6 - 18 U.S.C 924 (J)(1)(2)

**FILED**

MAR 24 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐    (2) Guilty ☒    (3) Nolo contendere (no contest) ☐

6. (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   Pleas guilty to 1,2,3, and 6 dropped all others.

6. If you went to trial, what kind of trial did you have? (Check one)    Jury ☐    Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒


 


AO 243 (Rev. 09/17)

8. Did you appeal from the judgment of conviction?  Yes ☐  No ☒

9. If you did appeal, answer the following:
   (a) Name of court: _____
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised:

   _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?  Yes ☐  No ☒
   If "Yes," answer the following:
      (1) Docket or case number (if you know): _____
      (2) Result: _____

      _____

      (3) Date of result (if you know): _____
      (4) Citation to the case (if you know): _____
      (5) Grounds raised:

   _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?
    Yes ☐  No ☒

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____

AO 243 (Rev. 09/17)

    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☒
    (7) Result: _____
    (8) Date of result (if you know): _____
(b) If you filed any second motion, petition, or application, give the same information:
    (1) Name of court: _____
    (2) Docket of case number (if you know): _____
    (3) Date of filing (if you know): _____
    (4) Nature of the proceeding: _____
    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your motion, petition, or application?
        Yes ☐    No ☒
    (7) Result: _____
    (8) Date of result (if you know): _____
(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?
    (1) First petition:    Yes ☐    No ☒
    (2) Second petition:    Yes ☐    No ☒
(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

AO 243 (Rev. 09/17)

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** VIOLATION OF 28. U.SC. 1827 (COURT INTERPRETER ACT) (INEFFECTIVE ASSISTANCE OF COUNCEL)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

THE DEFENDANT JONATHAN AGUILAR NEVER RECEIVED AN INTERPRETER AND ENGLISH IS NOT HIS FIRST LANGUAGE AND HE HAS TROUBLE UNDERSTANDING IT.

(b) **Direct Appeal of Ground One:**

  (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒

  (2) If you did not raise this issue in your direct appeal, explain why:

THIS IS MY FIRST ACTION AND MY INEFFECTIVE ASSISTANCE OF COUNCEL

(c) **Post-Conviction Proceedings:**

  (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒

  (2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

  (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☒

AO 243 (Rev. 09/17)

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☐

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☐

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available):
_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

**GROUND TWO:** CONFLICT OF INTEREST WITH ATTORNEY. INEFFECTIVE ASSISTANCE OF COUNSEL.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

HE DID NOT KNOW THAT HIS ATTORNEY WAS IN FACT WORKING FOR AND WITH THE DISTRICT ATTORNEY HAND IN HAND. HIS ATTORNEY EVEN COERCED MR AGUILAR INTO SIGNING A CONFLICT OF INTEREST WAIVER. FORCED HIM MORALLY TO SIGN IT AGAINST HIS WILL.

(b) **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

AO 243 (Rev. 09/17)

    (2)  If you did not raise this issue in your direct appeal, explain why:

_____

(c) **Post-Conviction Proceedings:**

    (1)  Did you raise this issue in any post-conviction motion, petition, or application?
        Yes ☐    No ☒

    (2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

    (3)  Did you receive a hearing on your motion, petition, or application?
        Yes ☐    No ☒

    (4)  Did you appeal from the denial of your motion, petition, or application?
        Yes ☐    No ☒

    (5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
        Yes ☐    No ☐

    (6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

    (7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: THIS IS MY STEP AND ACTION BEING TAKEN, ITS AN INEFFECTIVE ASSISTANCE OF COUNSEL MOTION.

AO 243 (Rev. 09/17)

**GROUND THREE:** ___92A(J) OVERLAP___

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) **Direct Appeal of Ground Three:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐   No ☒
   (2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**
   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐   No ☒
   (2) If you answer to Question (c)(1) is "Yes," state:
Type of motion or petition:
Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):
Date of the court's decision:
Result (attach a copy of the court's opinion or order, if available):

   (3) Did you receive a hearing on your motion, petition, or application?
      Yes ☐   No ☒
   (4) Did you appeal from the denial of your motion, petition, or application?
      Yes ☐   No ☒
   (5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐   No ☒

AO 243 (Rev. 09/17)

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue:

_____

**GROUND FOUR:** MEDICAL HEALTH WAS NOT TAKEN INTO CONSIDERATION.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

UPON BEING SENTENCE MY CHRONIC CARE CONDITION PLAYS A HUGE PART IN MY LIFE. I AM AT A FACILITY ON THE SECOND FLOOR AND CAN BARELY WALK UP AND DOWN THE STAIRS. THEY HAD ME ON TOP BUNK AND HAVE NOT TAKEN ANY OF THIS INTO CONSIDERATION IN REGARDS TO MY SENTENCING AND WHERE THEY PLACE ME. THIS NEEDS TO PLAY A MUCH LARGER ROLE. THIS IS MY LIFE AND MY HEALTH IS NOT GOOD.

(b) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: _____

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If you answer to Question (c)(1) is "Yes," state:

AO 243 (Rev. 09/17)

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?
Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: THIS IS MY FIRST ACTION AND INEFFECTIVE ASSISTACE OF COUNCELOR MOTION AGAINST MY LAWYER.

13. Is there any ground in this motion that you have **not** previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them:

ALL OF THE GROUNDS IN THIS MOTION ARE NEW AND HAVE NEVER BEEN PRESENTED TO ANY COURT BECAUSE THIS IS MY FIRST ACTION AND MY INEFFECTIVE ASSISTANCE OF COUNSEL MOTION WHICH IS BEING SUBMITED NOW.

AO 243 (Rev. 09/17)

14. Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the you are challenging?    Yes ☐    No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised.

_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At the preliminary hearing:

_____

(b) At the arraignment and plea:

_____

(c) At the trial:

_____

(d) At sentencing:

_____

(e) On appeal:

_____

(f) In any post-conviction proceeding:

_____

(g) On appeal from any ruling against you in a post-conviction proceeding:

_____

16. Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court and at the same time?    Yes ☐    No ☒

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ☐    No ☒

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future?    Yes ☐    No ☒

18. **TIMELINESS OF MOTION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:

A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
   (1) the date on which the judgment of conviction became final;
   (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
   (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
   (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 09/17)

Therefore, movant asks that the Court grant the following relief: THE PETITIONER WANTS A NEW TRIAL WITH A PROPER TRANSLATOR, WANTS A NEW ATTORNEY, AND FOR HIS MEDICAL CONDITION TO BE TAKEN INTO ACCOUNT DURING SENTENCING.

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on  03/12/2025
(month, date, year)

Executed (signed) on  03/13/2025  (date)

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

# CERTIFICATE OF SERVICE

I, __JONATHAN AGUILAR__ hereby certify that I have served a true and correct copy of the following:

Which is deemed filed at the time it was delivered to prison authorities for forwarding, **HOUSTON V. LACK,** 101 L. Ed. 2d 245 (1988), upon the defendant/defendants and or his attorney/attorneys of record, by placing same in a sealed, postage prepaid envelope addressed to: CLERK OF COURTS

NORTHERN DISTRICT OF CALIFORNIA

and deposited same in the United States Mail at the Federal Correctional Institution, FCI VICTORVILLE MEDIUM -1 PO BOX 3725 ADELANTO, CA, 92301

I declare, under penalty of perjury (Title 28 U.S.C. §1746), that the foregoing is true and correct.

Dated this __12__ day of __MARCH__, 20__25__.