MARK GOLDROSEN, CBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, California 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601
markgoldro@aol.com

DONALD R. KNIGHT, ESQ. (COBN 12838)
Attorney at Law
7852 S. Elati Street
Suite 201
Littleton, CO 80120
Telephone: (303) 797-1645
Facsimile: (303) 730-0858
don@dknightlaw.com

Attorneys for Defendant
MICHAEL REBOLLEDO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) | No. 18-cr-00119-006 RS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ADDITIONAL LETTERS IN SUPPORT OF DEFENDANT REBOLLEDO'S SENTENCING MEMORANDUM |
| vs. | ) | |
| MICHAEL REBOLLEDO, | ) | |
| Defendant. | ) | DATE: January 13, 2026 |
| | ) | TIME: 9:30 a.m. |
| _____ | | DEPT: Hon. Richard Seeborg |

Defendant MICHAEL REBOLLEDO submits three, additional letters in support of his sentencing memorandum. *See* attached exhibit.

DATED: January 8, 2026                                   Respectfully Submitted,

                                                         /s/ Mark Goldrosen
                                                         MARK GOLDROSEN
                                                         DONALD P. KNIGHT
                                                         Attorneys for Defendant
                                                         MICHAEL REBOLLEDO

ADDITIONAL LETTERS IN SUPPORT, CASE NO. 18cr00119-006 RS