Jorge Arturo Camacho



To: Honorable Judge, Seeborg.

I am writing this letter for Michael Rebolledo, my younger cousin. But I am also writing this letter to sincerely apologize to the families of the victims involved throughout this case. My education is limited so please forgive me. Michael Rebolledo is a younger cousin but to me he has always felt like my little brother. While growing up with him sports were always on our minds, baseball and football were always my favorite but Michael's was always soccer, I always felt like he was a champion that never got the chance. There were many reasons for that, some of our San Francisco schools at the time didn't have soccer teams or couldn't afford having one. Since the education system wasn't the best, we would spend most of our time at the boys and girls club. Michael Rebbolledo always wanted to go to school no matter what. There were many times where he was assaulted going to school, at school, or coming home from school, but no matter what he always made an effort to be present at school. Michael Rebolledo is cherished by a lot of people and that comes with also a lot of resentment from people who he was around which made him a vulnerable target. The community we lived in was divided and it felt impossible to get the correct guidance, most places our parents thought were safe were actually the opposite. Michael Rebolledo's upbringing was similar to mine, we struggled a lot but he always made sure to be a positive and outshining member of our family. I've learned a lot from him, he was especially skillful in construction where me and him both worked. I know Michael Rebolledo wants to be back with his kids, and be the father he wishes to be. I hope after reading this letter you will have some empathy for him and his situation and see Michael the way he is for me. Whatever you decide on for his sentencing, I know Michael will accept it and move forward with his life positively. I appreciate you taking your time to read this letter.



Janet Camacho



1/06/2025

To: Honorable Judge Seeborg

I have known Michael Rebolledo for the majority of my life, I have known him as a great friend, until I became family. I am married to Jorge Camacho, his first cousin since 1999, with our two beautiful children. When we heard the news about him being detained and his charges, it was very unexpected and shocking to hear. I have only ever known him as a caring and loving person. The reason for me writing this letter to you is to let you know a little bit about how Michael is viewed from my perspective, in hopes that you will see the type of person he is, and find some leniency towards his sentencing. Michael Rebolledo has always been there whenever I needed him and he always met me with a big smile and a hug from him. Throughout the years I have known him, I have multiple loving memories of him. He would make family holidays very special for everyone, especially our children. He would spend most of the time cooking, and asking every single person "Have you eaten already" or he would greet you with a plate of food. At times when my husband needed an extra hand whether it was painting our place, or moving to a different house, we always knew we could count on micheal. In my good times, or bad, he was always there even if it was a quick phone call just to check in on us or if we needed anything. I know that he is missing his family so much, as we are missing him as well, our hearts have been so heavy from his absence. Over all the years Michael Rebolledo has been a loving, caring person to family and myself. I know that he is very sorry for the bad decisions that have taken place pertaining to his case. I'm sure he is ready to accept his sentencing. I know Michael Rebbolledo will accept his consequences for his actions, but I also know he will come out to be a better person and be there for his children, family and his community. I sincerely hope my letter is taken into consideration for his sentencing. I believe full heartily that micheal will be a dependable father, uncle, cousin, and person. I hope he gets a 2nd chance to prove that he can become a great individual in the community.

X *[signature]*

Janice Delayah Camacho

1/06/2025

To: Honorable Judge Seeborg

I am writing this letter for my Uncle, Michael Rebolledo, I have known him from the minute I was born. When thinking about my uncle, I'm overwhelmed with the amount of so many loving and joyful encounters and memories I have with him. There are so many that I can remember it's hard to put into words or just sift out one of thousands to talk about. I will say one of my favorite memories I have is the holiday parties that he would throw, thanksgiving dinner, christmas gifts, every holiday was always so special because of him. All my family would show up to every single one because everyone knew he would make sure you were taken care of, if it was making sure you weren't cold or just simply bringing you something to drink or some food to eat. He always and is such a caring person, not just to his family, but to his community. I always remember the day when my parents told me what happened to him, the amount of emotions I felt in that moment is honestly indescribable. Still to this day I lose words when thinking about that day, I have missed him everyday since. I am writing this letter in hopes that you will have some compassion when bringing him to his sentencing. I know my uncle has been accused of doing horrible acts, but I also know that my uncle has and will pay the consequences of his actions gracefully and with respect to all the families that have been involved throughout his whole case. My uncle is and will always be a respectful, caring, and loveable man. I know he will be a successful part of communities, and that he will move forward with his life down the right path. I hope you understand my uncle from my eyes now, thank you for your time.

x _Janice Camacho_